FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAR 19 2024

KEVIN P. WEIMER, Clerk
By: ⟋⟋⟋   Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| *v.* | Criminal Information |
| IGNACIO GUDINO-AMEZCUA, A/K/A LUIS GARCIA CHAVEZ | No. 1:24-CR-070 |

THE UNITED STATES ATTORNEY CHARGES THAT:

**Count One**
**Conspiracy to Possess with Intent to Distribute Controlled Substances**
**21 U.S.C. § 846**

Beginning on a date unknown, but at least as of in or about September 2022, and continuing until in or about July 2023, in the Northern District of Georgia and elsewhere, the defendant, IGNACIO GUDINO-AMEZCUA, a/k/a LUIS GARCIA CHAVEZ, did knowingly and willfully combine, conspire, confederate, agree and have a tacit understanding with others, known and unknown, to violate Title 21, United States Code, Section 841(a)(1), that is to knowingly and intentionally possess with intent to distribute a controlled substance, said conspiracy involving at least five kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A), all in violation of Title 21, United States Code, Section 846.

### Count Two
### Unlawful Possession of a Firearm
### 18 U.S.C. § 922(g)(5)(A)

On or about April 27, 2023, in the Northern District of Georgia, the defendant, IGNACIO GUDINO-AMEZCUA, a/k/a LUIS GARCIA CHAVEZ, knowing that he was an alien illegally and unlawfully in the United States of America, did knowingly possess at least one of the following firearms, specifically,

- one Smith and Wesson, MP, .45 caliber handgun,

- one Smith and Wesson, Model 13-3, .357 caliber revolver, and

- one Cobra .32 caliber pistol,

said possession being in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(5)(A) and Section 924(a)(8).

### Count Three
### Money Laundering Transaction – Concealment
### 18 U.S.C. § 1956(a)(1)(B)(i)

On or about March 7, 2022, in the Northern District of Georgia and elsewhere, the defendant, IGNACIO GUDINO-AMEZCUA, a/k/a LUIS GARCIA CHAVEZ, aided and abetted by others known and unknown, did knowingly conduct a financial transaction, that is, a $124,349.10 wire transfer, from Wells Fargo Bank account ending in 8190, for the purchase of real property located at 7934 White Oak Loop, Lithonia, Georgia, affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is, the possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), and that while conducting such financial

2

transaction, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, and knowing that the transaction was designed in whole and in part to conceal and disguise the nature, source, ownership, and control of proceeds of such unlawful activity, all in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

## Forfeiture

Upon conviction of the offense alleged in Count One of this Information, the defendant, IGNACIO GUDINO-AMEZCUA, a/k/a LUIS GARCIA CHAVEZ, shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation, including, but not limited to, the following:

a. MONEY JUDGMENT: A sum of money in United States currency, representing the amount of proceeds obtained as a result of the offense alleged in Count One of this Information.

b. FUNDS:

   i. $80,884.10 in funds seized from Wells Fargo bank account ending in 9366, held in the name of Ignacio G. Amezcua;

   ii. $7,069.56 in funds seized from Wells Fargo bank account ending in 8190, held in the name of Gudino Construction LLC.;

3

Upon conviction of the offense alleged in Count Two of this Information, the defendant, IGNACIO GUDINO-AMEZCUA, a/k/a LUIS GARCIA CHAVEZ, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of the offense, including, but not limited to, the following:

    a. One Smith and Wesson, MP, .45 caliber handgun seized from Ignacio Gudino-Amezcua on or about April 27, 2023.

Upon conviction of the offense alleged in Count Three of this Information, the defendant, IGNACIO GUDINO-AMEZCUA, a/k/a LUIS GARCIA CHAVEZ, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in such offense, or any property traceable to such property, including, but not limited to, the following:

    MONEY JUDGMENT: A sum of money in United States currency, representing the amount of property obtained as a result of the offense alleged in Count Three of this Information.

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without difficulty;

the United States of America intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461, to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

RYAN K. BUCHANAN
  *United States Attorney*


JOHN T. DEGENOVA
  *Assistant United States Attorney*
Georgia Bar No. 940689


REBECA M. OJEDA
  *Assistant United States Attorney*
Georgia Bar No. 713997

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000